# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3105

_____

United States of America

*Plaintiff - Appellee*

v.

Daevone Rashad Brown

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: September 5, 2019
Filed: September 10, 2019
[Unpublished]

_____

Before LOKEN, COLLOTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Daevone Brown appeals after he pled guilty to a felon-in-possession charge, and the district court[1] sentenced him to a prison term below the calculated United

---

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

States Sentencing Guidelines Manual ("Guidelines") range. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), suggesting the district court erred in applying an enhancement under U.S.S.G. § 2K2.1(b)(6)(B), based on Brown's possession of a firearm in connection with another offense, namely, carrying weapons in violation of Iowa Code § 724.4(1).

We conclude the district court properly applied the enhancement under § 2K2.1(b)(6)(B). *See United States v. Turner*, 781 F.3d 374, 393 (8th Cir. 2015) (reviewing application of Guidelines de novo, and findings of fact for clear error); *United States v. Walker*, 771 F.3d 449, 452-53 (8th Cir. 2014) (affirming application of enhancement under § 2K2.1(b)(6)(B) to felon in possession of firearm, who possessed firearm in connection with violation of § 724.4(1)). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

_____